```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
James Roberts
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JACK JODOIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JACK JODOIN,<br><br>         Defendant.<br>_____ | ) 2:12-cr-0243-KJN<br>)<br>) STIPULATION AND ORDER TO VACATE<br>) THE TRIAL CONFIRMATION HEARING<br>) AND JURY TRIAL AND TO SET A<br>) STATUS HEARING<br>)<br>) Date:  October 31, 2012<br>) Time:  9:00 a.m.<br>) Judge: Hon. Kendall J. Newman<br>) |

    The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES ROBERTS, hereby stipulate to vacate the trial confirmation hearing set for September 19, 2012 at 9:00am and to vacate the jury trial scheduled for October 29, 2012 at 9:00am.

     Accordingly, the parties jointly request that a status hearing be scheduled for October 31, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Time is to be excluded from September 19, 2012 to October 31, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2) (Local Code I) and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Defense counsel needs additional time to prepare for resolution.

Dated: September 10, 2012          Respectfully submitted,


                                   DANIEL BRODERICK
                                   Federal Defender


                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Assistant Federal Defender
                                   Attorney for JACK JODOIN

                                   /s/ James Roberts
                                   JAMES ROBERTS
                                   Certified Student Attorney


Dated: September 10, 2012          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Jeffrey A. Spivak
                                   JEFFREY A. SPIVAK
                                   Special Assistant U.S. Attorney


                         O R D E R

**IT IS SO ORDERED.**

DATED: September 10, 2012


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-