```
ANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMES ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JACK JODOIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-0243-KJN |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE THE STATUS HEARING |
| v. ) | |
| JACK JODOIN, ) | Date: December 12, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. ) | |
| _____ ) | |

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES ROBERTS, hereby stipulate to vacate the status hearing set for October 31, 2012 at 9:00am. The parties jointly request that the status hearing be continued and set for December 12, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr. Jodoin is receiving additional medical treatment and evaluations on November 24, 2012 and defense counsel is awaiting the results in order to prepare a resolution in this case.

Dated: October 26, 2012              Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Assistant Federal Defender
                                     Attorney for JACK JODOIN

                                     /s/ James Roberts
                                     JAMES ROBERTS
                                     Certified Student Attorney

Dated: October 26, 2012              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Jeffrey A. Spivak
                                     JEFFREY A. SPIVAK
                                     Special Assistant U.S. Attorney

                        O R D E R

**IT IS SO ORDERED.**

DATED: October 26, 2012

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

-2-