DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JACK JODOIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-0243-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | THE STATUS HEARING |
| v. | ) | |
| | ) | Date:  February 6, 2013 |
| JACK JODOIN, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Kendall J. Newman |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the status hearing set for December 12, 2012 at 9:00am.  The parties jointly request that the status hearing be continued and set for February 6, 2013 at 9:00am before Magistrate Judge Kendall J. Newman.

    Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr. Jodoin is receiving additional medical treatment and evaluations, and defense counsel is awaiting the results in order to prepare a resolution in this case.

Dated: December 10, 2012                    Respectfully submitted,


                                            DANIEL BRODERICK
                                            Federal Defender

                                            /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Assistant Federal Defender
                                            Attorney for JACK JODOIN

                                            /s/ James P. Roberts
                                            JAMES P. ROBERTS
                                            Certified Student Attorney


Dated: December 10, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Jeffrey A. Spivak
                                            JEFFREY A. SPIVAK
                                            Special Assistant U.S. Attorney


O R D E R

**IT IS SO ORDERED.  Time is excluded in this case between December 12, 2012, and February 6, 2013.**

DATED: December 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-