JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JACK JODOIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-0243-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE STATUS HEARING |
| v. | Date: March 27, 2013 |
| JACK JODOIN, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the status hearing set for February 6, 2013 at 9:00am.  The parties jointly request that the status hearing be continued and set for March 27, 2013 at 9:00am before Magistrate Judge Kendall J. Newman.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Mr. Jodoin is receiving additional medical treatment and evaluations, and defense counsel is awaiting the results in order to prepare a resolution in this case.

Dated: February 1, 2013                Respectfully submitted,


                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Assistant Federal Defender
                                       Attorney for JACK JODOIN

                                       /s/ James P. Roberts
                                       JAMES P. ROBERTS
                                       Certified Student Attorney


Dated: February 1, 2013                BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Special Assistant U.S. Attorney


                         O R D E R

**IT IS SO ORDERED.**


DATED: February 1, 2013




                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE