```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JACK JODOIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-cr-0243-KJN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA |
| v. | ) | |
| JACK JODOIN, | ) | Date: May 8, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | ) | |

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JACK JODOIN, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the change of plea set for April 17, 2013 at 9:00am.  The parties jointly request that the change of plea be continued and set for May 8, 2013 at 9:00am before Magistrate Judge Kendall J. Newman.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by

granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. A plea agreement has been reached in this case, and additional time is needed to finalize the details of the agreement.

Dated: April 12, 2013              Respectfully submitted,


                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Assistant Federal Defender
                                   Attorney for JACK JODOIN

                                   /s/ James P. Roberts
                                   JAMES P. ROBERTS
                                   Certified Student Attorney


Dated: April 12, 2013              BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Jeffrey A. Spivak
                                   JEFFREY A. SPIVAK
                                   Special Assistant U.S. Attorney


                          O R D E R

**IT IS SO ORDERED.**

DATED: April 15, 2013




                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE